

☐ **ORIGINAL**

frankmusondainf

LEONARDO M. RAPADAS
United States Attorney
BENJAMIN BELILES
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

**FILED**
DISTRICT COURT OF GUAM

SEP 24 2007

JEANNE G. QUINATA
Clerk of Court

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>FRANK S. MUSONDA,<br><br>　　　　　　Defendant. | CRIMINAL CASE NO.<br><br>**INFORMATION** 07-00093<br><br>**IMPROPER STORAGE OF AN OPENED CONTAINER** (Count I)<br>[16 GCA § 18122, 18 U.S.C. §§ 7(3) & 13]<br>**ENTERING MILITARY, NAVAL OR COAST GUARD PROPERTY** (Count II)<br>[18 U.S.C. § 1382] |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I - IMPROPER STORAGE OF AN OPENED CONTAINER

On or about August 3, 2007, in the District of Guam, the defendant, FRANK S. MUSONDA, was the registered owner of a vehicle and, when the vehicle was upon the highway, kept in a normally occupied area of the vehicle a can containing an alcoholic beverage which had been opened and its contents partially removed, in violation of Title 16, Guam Code Annotated, Section 18122, as assimilated Title 18, United States Code, Sections 7(3) and 13.

### COUNT II - ENTERING MILITARY, NAVAL OR COAST GUARD PROPERTY

On or about August 3, 2007, in the District of Guam, the defendant, FRANK S. MUSONDA, went upon a United States military reservation, to wit: Andersen Air Force Base,

Guam, for a purpose prohibited by law, that is, intending to engage in conduct in violation of Title 16, Guam Code Annotated, Section 18122, as assimilated by Title 18, United States Code, Sections 7(3) and 13, all in violation of Title 18, United States Code, Section 1382.

DATED this 24th day of September 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
BENJAMIN BELILES
Special Assistant U.S. Attorney

Reviewed:

_____
JEFFREY J. STRAND
First Assistant U.S. Attorney

# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City ____Hagåtña____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-00093**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __x__ No

Defendant Name ____FRANK S. MUSONDA____

Alias Name _____

Address _____

____Barrigada, Guam____

Birthdate __Xx/xx/1958__ SS# __xxx-xx-3057__ Sex __M__ Race ____ Nationality____

**U.S. Attorney Information:**

SAUSA __Benjamin Beliles__

**Interpreter:** __X__ No ____ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**RECEIVED** SEP 24 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM

**U.S.C. Citations**

Total # of Counts: __2__    ____ Petty __X__ Misdemeanor ____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 16 GCA 18122 / 18 USC 7(3) & 13 | Improper Storage of an Opened Container | 1 |
| Set 2 | 18 USC 1382 | Entering Military, Naval or Coast Guard Property | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __9/24/07__    Signature of AUSA: _____