PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

### NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO**:  United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C.  20037

**FROM**:  Judy Anne L. Ocampo, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

| **X** | **Original Notice** | | | **Notice of Disposition** |
|---|---|---|---|---|

| Date: | **September 25, 2007** | Date: | |
|---|---|---|---|
| By: | **Joaquin V.E. Manibusan, Jr.**<br>**U.S. Magistrate Judge** | By: | |

| Defendant: | **MUSONDA, Frank S.** | Case Number: | **Criminal Case #07-00093-001** |
|---|---|---|---|
| Date of Birth: | **XX-XX-1958** | Place of Birth: | **Zambia** |
| SSN: | **XXX-XX-3057** | | |

=====================================================================

**NOTICE OF COURT ORDER** (Order Date: __**September 25, 2007**__)

| **X** | The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action. |
|---|---|

| **X** | The above-named defendant surrendered Passport Number ___**XXXXX**___ to the custody of the **U.S. Probation Office, District of Guam.** |
|---|---|

### NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

| | Defendant not convicted. |
|---|---|

| | Defendant convicted. |
|---|---|

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
    ☐ Not Convicted - PS40/Passport returned to defendant.
    ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
    ☐ Convicted - PS40  and copy of Judgment enclosed.
Defendant (or representative)