1   LEONARDO M. RAPADAS
    United States Attorney
2   KRISTIN D. ST. PETER
    Special Assistant U.S. Attorney
3   Suite 500, Sirena Plaza
    108 Hernan Cortez Avenue
4   Hagatna, Guam  96910
    Telephone:  (671) 472-7332
5   Telecopier:  (671) 472-7334

6   Attorneys for the United States of America

**FILED**

**DISTRICT COURT OF GUAM**

NOV – 5 2007 *nbo*

**JEANNE G. QUINATA**
**Clerk of Court**

7
                IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE TERRITORY OF GUAM
9

10  UNITED STATES OF AMERICA,          )    CRIMINAL CASE NO.  07-00093
                                       )
11              Plaintiff,             )
                                       )
12          vs.                        )    **MOTION TO VACATE TRIAL**
                                       )
13  FRANK S. MUSONDA,                  )
                                       )
14              Defendant.             )
                                       )
15  _____

16          COMES NOW the United States of America and  hereby motion this Honorable Court to

17  vacate the trial in the above case.  The defendant has entered and has been accepted by U.S.

18  Probation Office, into a pretrial diversion on October 19, 2007 for eighteen (18) months.  Upon

19  his successful completion of the pretrial diversion, the government will move to dismiss the

20  Information.

21          DATED this 5th day of November 2007.

22                                      LEONARDO M. RAPADAS
                                        United States Attorney
23                                      Districts of Guam and NMI

24

25                          By:    *Benjamin Baldo*
                                   KRISTIN D. ST. PETER
26                                 Special Assistant U.S. Attorney

27

28

                            **ORIGINAL**