PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

**NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT**

| **TO**: | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM**: | Judy Anne L. Ocampo, U.S. Probation Officer<br>District of Guam<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |
|---|---|---|---|

☐ **Original Notice**          **X** **Notice of Disposition**

| Date: | **September 25, 2007** | Date: | **November 6, 2007** |
|---|---|---|---|
| By: | **Joaquin V.E. Manibusan, Jr.**<br>**U.S. Magistrate Judge** | By: | **Joaquin V.E. Manibusan, Jr.**<br>**U.S. Magistrate Judge** |

| Defendant: | **MUSONDA, Frank S.** | Case Number: | **Criminal Case #07-00093-001** |
|---|---|---|---|
| Date of Birth: | **XX-XX-1958** | Place of Birth: | **Zambia** |
| SSN: | **XXX-XX-3057** | | |

===================================================================

**NOTICE OF COURT ORDER** (Order Date: **September 25, 2007**)

**X**    The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

**X**    The above-named defendant surrendered Passport Number **XXXXXX** to the custody of the **U.S. Probation Office, District of Guam.**

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

**X**    Defendant not convicted.

☐    Defendant convicted.

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
   ✓ Not Convicted - PS40/Passport returned to defendant.
   ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
   ☐ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)