DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00093 |
| Plaintiff, | ) | |
| vs. | ) | |
| FRANK S. MUSONDA, | ) | ORDER |
| Defendant. | ) | |

On November 5, 2007, the United States filed a motion to vacate the trial date because the Defendant had entered a pretrial diversion program for an 18-month period. See Docket No. 12. On November 6, 2007, the court granted the motion. See Docket No. 13.

In light of the above facts, the court dismisses the Information without prejudice for a period of 18 months. Such dismissal shall be effective *nunc pro tunc* to October 31, 2007, the date when the pretrial diversion agreement was executed by all parties. If the charge is not reinstated by motion of the United States within 18 months therefrom, this case shall be dismissed with prejudice without further order of the court.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Nov 20, 2007**